UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| NICOLE BOMMARITO, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV957(JCH) |
| | ) |
| FREIGHT MASTERS SYSTEMS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS

COMES NOW Plaintiff, by and through counsel, and hereby files her Motion for Dismissal of all claims asserted by her against Defendants. Each party will bear their own costs.

WHEREFORE, Plaintiff requests that this Court dismiss Plaintiff's causes of action filed in this case with prejudice and for such further relief as this Court deems just and proper.

So Ordered:

_/s/ Jean C. Hamilton_
JUDGE
11/27/07

Respectfully Submitted,

THE KLOEPPEL LAW FIRM
LAW OFFICES OF KEVIN J. DOLLEY, LLC

By: _____KEVIN J. DOLLEY_____ s/s
GREG KLOEPPEL, USDC #85918
KEVIN J. DOLLEY, USDC #117137
Attorneys for Plaintiff
9620 Lackland
St. Louis, MO 63114
Phone:(314) 423-8003
Fax: (314) 423-8054